MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs **DANIEL RODRIGUEZ-GONZALEZ**          No. 08CR2468-LAB

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on   August 28, 2008   and ended on   9/29/08   ; (     )
                                  and ended on   _____   . (     )

3161(h)
___ (1)(A)   Exam or hrg for **mental or physical incapacity**                                A
___ (1)(B)   **NARA exam**ination (28:2902)                                                    B
___ (1)(D)   State or Federal trials or **other charges pending**                              C
___ (1)(E)   **Interlocutory appeals**                                                         D
___ (1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                      E
___ (1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                         F
___ (1)(J)   **Proceedings under advisement** not to exceed thirty days                        G
___          Misc proc: Parole or prob rev, deportation, **extradition**                       H
___ (1)(H)   **Transportation** from another district or to/from examination
             or hospitalization in ten days or less                                            6
✓ (1)(I)    Consideration by Court of **proposed plea agreement**                              7
___ (2)      **Prosecution deferred** by mutual agreement                                      I
___ (3)(A)(B) **Unavailability of defendant** or **essential witness**                         M
___ (4)      Period of **mental or physical incompetence** of defendant to stand trial        N
___ (5)      Period of **NARA commitment or treatment**                                        O
___ (6)      **Superseding indictment and/or new charges**                                     P
___ (7)      **Defendant awaiting trial of co-defendant** when no severance has been granted   R
___ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than
             one of the reasons below are given in support of continuance                      T
✓ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding
             would result in a **miscarriage of justice** and
             the ends of justice outweigh the best interest
             of the public and the defendant in a speedy trial.
             **(Continuance - miscarriage of justice)**                                        T1
             2) Failure to grant a **continuance** of the trial would result in
             a miscarriage of justice as the defendant has tendered a
             guilty plea to a magistrate judge and is awaiting a
             determination as to whether the plea will be accepted.
             **(Continuance - tendered a guilty plea)**
___ (8)(B)(ii)  2) **Case** unusual or **complex**                                             T2
___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days     T3
___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,
             or give reasonable time to prepare
             **(Continuance re counsel)**                                                      T4
___ 3161(I)  Time up to **withdrawal of guilty plea**                                          U
___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days                     W

Date  8/28/08                                         Judge's Initials